## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, VIATRIS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, <br><br> Defendants. | C.A. No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES
## INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentee(s) Received Notice:

| Defendant(s) | Date of Notice Letter |
|---|---|
| Alembic Pharmaceuticals Limited; Alembic Global Holding SA; Alembic Pharmaceuticals, Inc. (ANDA No. 213682) | N/A |
| Crystal Pharmaceutical (Suzhou) Co., Ltd. (ANDA No. 213605) | N/A |
| MSN Pharmaceuticals Inc.; MSN Laboratories Private Limited; MSN Life Sciences Private Limited (ANDA No. 213748) | N/A |
| Mylan Pharmaceuticals Inc.; Mylan Laboratories Limited, Viatris Inc. (ANDA No. 213646) | N/A |
| Nanjing Noratech Pharmaceutical Co., Limited (ANDA No. 213671) | N/A |

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 11,096,918 | 11/08/2026 |

Stay Deadline: July 7, 2023 (8 years from date of NDA approval, per 21 U.S.C. § 355(j)(5)(F)(ii) and 21 U.S.C. § 355a(b)(1)(A)(i)(I), pursuant to Novartis's filing against the above-mentioned Defendants of earlier related litigation, as listed in the civil cover sheet filed contemporaneously herewith).

Dated:  October 24, 2022            MCCARTER & ENGLISH, LLP

                                    By: /s/ *Daniel M. Silver*
                                        Daniel M. Silver (#4758)
                                        Alexandra M. Joyce (#6423)
                                        Renaissance Centre
                                        405 N. King Street, 8th Floor
                                        Wilmington, Delaware 19801
                                        (302) 984-6300
                                        *dsilver@mccarter.com*
                                        *ajoyce@mccarter.com*

                                        *Attorneys for Plaintiff Novartis*
                                        *Pharmaceuticals Corporation*

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*slflanders@venable.com*
*jlstringham@venable.com*
*skclark@venable.com*
*lfishwick@venable.com*
*gjmanas@venable.com*