IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, VIATRIS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 22-1395-RGA |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the date for Defendant Nanjing Noratech Pharmaceutical Co., Ltd. to file its reply brief in support of the Motion to Dismiss (D.I. 26) is extended from December 29, 2022 to January 6, 2023.

- 2 -

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| | |
| */s/ Daniel M. Silver* | */s/ Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | 300 Delaware Ave., Suite 200 |
| 405 N. King Street, 8th Floor | Wilmington DE, 19801 |
| Wilmington, DE 19801 | 302-472-7311 |
| (302) 984-6300 | dgattuso@hegh.law |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | OF COUNSEL: |
| | |
| OF COUNSEL: | HUSCH BLACKWELL LLP |
| | Don J. Mizerk |
| Nicholas N. Kallas | Matt Kamps |
| Christina Schwarz | 120 South Riverside Plaza, Suite 2200 |
| Christopher E. Loh | Chicago, IL 60606 |
| Susanne L. Flanders | (312) 655-1500 |
| Jared L. Stringham | don.mizerk@huschblackwell.com |
| Shannon K. Clark | matt.kamps@huschblackwell.com |
| Laura K. Fishwick | |
| Gregory J. Manas | *Attorneys for Defendant* |
| VENABLE LLP | *Nanjing Noratech Pharmaceutical Co., Ltd.* |
| 1290 Avenue of the Americas | |
| New York, New York 10104 | |
| (212) 218-2100 | |
| nkallas@venable.com | |
| cschwarz@venable.com | |
| cloh@venable.com | |
| slflanders@venable.com | |
| jlstringham@venable.com | |
| skclark@venable.com | |
| lfishwick@venable.com | |
| gjmanas@venable.com | |
| | |
| *Attorneys for Plaintiff Novartis Pharmaceuticals Corporation* | |

- 3 -

Dated:  December 27, 2022

SO ORDERED this _____ day of _____, 2022.

                                                                                                                                  _____
                                                                                                                                  United States District Judge