## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (sacubitril/valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, VIATRIS INC , NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 22-1395-RGA |

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of **(1) Novartis's Objections and Responses to Defendants' First Set of Joint Requests for the Production of Documents and Things (Nos. 1-39) and (2) Novartis's Objections and Responses to Noratech's First Set of Requests for the Production of Documents and Things (Nos. 1-17)** were caused to be served on August 28, 2023 on the following counsel in the manner indicated:

ME1 45264173v.1

**VIA EMAIL:**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

Don J. Mizerk
Matthew M. Kemps
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
Don.mizerk@huschblackwell.com
Matt.kamps@huschblackwell.com

*Attorneys for Defendant Nanjing Noratech Pharmaceutical Co. Limited*

The undersigned counsel hereby certifies that true and correct copies of **(1) Novartis's Objections and Responses to Defendants' First Set of Joint Requests for the Production of Documents and Things (Nos. 1-39) and (2) Novartis's Objections and Responses to Alembic's First Set of Requests for the Production of Documents and Things (Nos. 1-7)** were caused to be served on August 28, 2023 on the following counsel in the manner indicated:

**VIA EMAIL:**

Neal C. Belgam
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com

ME1 45264173v.1

Stuart Sender
Frank D. Rodriguez
WINDELS MARX LANE & MITTENDORF, LLP
1 Giralda Farms, Suite 100
Madison, NJ 07940
(973) 966-3200
ssender@windelsmarx.com
frodriguez@windelsmarx.com

*Attorneys for Defendants Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc.*

The undersigned counsel hereby certifies that true and correct copies of **Novartis's Objections and Responses to Defendants' First Set of Joint Requests for the Production of Documents and Things (Nos. 1-39)** were caused to be served on August 28, 2023 on the following counsel in the manner indicated:

<u>**VIA EMAIL:**</u>

David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

Robert L. Florence
PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street, N.E., Suite 1500
Atlanta, GA 30309
(678) 690-5704
robertflorence@parkerpoe.com

Tasneem A. Dharamsi
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street, Suite 200
Greenville, SC 29601
tasneemdharamsi@parkerpoe.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

ME1 45264173v.1

The undersigned counsel hereby certifies that true and correct copies of **Novartis's**

**Objections and Responses to Defendants' First Set of Joint Requests for the Production of**

**Documents and Things (Nos. 1-39)** were caused to be served on August 28, 2023 on the following

counsel in the manner indicated:

<u>**VIA EMAIL:**</u>

Stamatios Stamoulis
Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Ronald M. Daignault
Richard Juang
DEAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182

*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and*
*MSN Life Sciences Private Limited*

ME1 45264173v.1

Dated: August 29, 2023                          MCCARTER & ENGLISH, LLP


                                                /s/ *Alexandra M. Joyce*
OF COUNSEL:                                     Daniel M. Silver (#4758)
                                                Alexandra M. Joyce (#6423)
Nicholas N. Kallas                              Renaissance Centre
Christina Schwarz                               405 N. King Street, 8th Floor
Christopher E. Loh                              Wilmington, Delaware 19801
Jared L. Stringham                              (302) 984-6300
VENABLE LLP                                     *dsilver@mccarter.com*
151 West 42nd Street                            *ajoyce@mccarter.com*
New York, NY 10036
(212) 307-5500                                  *Attorneys for Plaintiff Novartis*
*nkallas@venable.com*                           *Pharmaceuticals Corporation*
*cschwarz@venable.com*
*cloh@venable.com*
*jlstringham@venable.com*