IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 22-1395-RGA |

**NOTICE OF LODGING**

PLEASE TAKE NOTICE that Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited (collectively, "MSN") hereby lodge with the Court copies of MSN's demonstrative exhibits used at trial in this action held December 9 through 13, 2024:

    Exhibit 1:    MSN's Opening Statement (DDX2-1 – DDX2-13);

    Exhibit 2:    Direct Examination of Dr. Carolyn Otten (DDX 7-1 – DDX 7-11); and

    Exhibit 3:    Direct Examination of Dr. Jonathan Steed (DDX8-1 – DDX8-18; DDX8-20 – DDX8-38; and DDX8-40 – DDX8-64).

Dated: December 18, 2024

STAMOULIS & WEINBLATT LLC

<u>/s/ Richard C. Weinblatt</u>
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Ronald M. Daignault*
Richard Juang*
DAIGNAULT IYER LLP
8229 Boone Blvd., Suite 450
Vienna, VA 22182
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com
**Not admitted in Virginia*

*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, the above documents were electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

<em>/s/ Richard C. Weinblatt</em><br>
Richard C. Weinblatt (#5080)

3