# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-401-RGA |

**STIPULATION AND ORDER REGARDING SUBMISSION OF**
<u>**ADMITTED EXHIBITS CITED IN POST-TRIAL BRIEFING**</u>

1

**WHEREAS** on December 18, 2024, the Court entered a Stipulation and Order setting forth a post-trial briefing schedule in the above-referenced actions involving Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited (collectively, "MSN") and Gerbera Therapeutics, Inc., Nanjing Noratech Pharmaceutical Co., Limited (collectively, "Noratech"), and Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") (D.I. 1695 in C.A. No. 20-2930; D.I. 438 in 22-1395; D,I. 144 in 23-401);

**WHEREAS** on January 22, 2025, the Court entered a Stipulation and Order setting forth an extended post-trial briefing schedule in the above-referenced actions (D.I. 1750 in C.A. No. 20-2930; D.I. 456 in 22-1395; D,I. 163 in 23-401);

**IT IS HEREBY STIPULATED AND AGREED** by MSN, Noratech, and Novartis, and subject to the approval of the Court, that the deadline for Novartis and Defendants to submit copies of the admitted trial exhibits to the Court via USB drive shall be extended from February 7, 2025 to February 19, 2025.

Consistent with the Court's instruction at trial, only admitted exhibits cited in the parties' post-trial briefs will be included on the USB drive. Novartis will handle submission of all admitted exhibits.

DATED: January 28, 2025

| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | Denise Seastone Kraft (#2778) |
| Renaissance Centre | 300 Delaware Avenue, Suite 200 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 472-7311 |
| (302) 984-6300 | dgattuso@hegh.law |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | |

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
VENABLE LLP
151 W. 42nd St.
New York, New York 10036
(212) 307-5500
nkallas@venable.com
cschwarz@venable.com
jlstringham@venable.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

Don J. Mizerk
Matthew M. Kamps
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
don.mizerk@huschblackwell.com
matt.kamps@huschblackwell.com

Thomas P. Heneghan
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53703
tom.heneghan@huschblackwell.com

*Attorneys for Defendants Gerbera Therapeutics, Inc. and Nanjing Noratech Pharmaceutical Co., Ltd.*

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Ronald M. Daignault
Richard Juang
Elizabeth Bernard
DAIGNAULT IYER LLP
8229 Boone Boulevard - Suite 450
Vienna, VA 22182
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com
ebernard@daignaultiyer.com

*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*

SO ORDERED this __29__ day of ____January____, 2025.

                                            /s/ Richard G. Andrews
                                            UNITED STATES DISTRICT JUDGE